# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2603 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 196 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 311730 |
| | : | |
| AMANDA IANNUZZELLI, | : | (Delaware County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of July, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent's petition for review, and the Office of Disciplinary Counsel's response, the petition for review and request for oral argument is denied. Amanda Iannuzzelli is suspended from the Bar of this Commonwealth for a period of three years and shall comply with all the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).